UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE,<br><br>    Plaintiff,<br><br>  v.<br><br>A. GONZOLAS,<br><br>    Defendants. | CASE NO. CV 14-102-VAP (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

   IT IS THEREFORE ORDERED that Defendants' motion to dismiss be granted and that the action be dismissed without prejudice.

DATED: February 26, 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\ETHRIDGE 102\Order accep r&r.wpd