UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>A. GONZOLAS,<br><br>　　　　　Defendants. | Case No. CV 14-102-VAP (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 26 2015.

　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\ETHRIDGE 102\judgment.wpd